DELGADO ET AL. *v.* SOTO NUSSA, JUEZ DE DISTRITO.

SOLICITUD para que se expida mandamiento de *certiorari.*

No. 91.—Resuelto en mayo 2, 1912.

CERTIORARI—TUTOR—APROBACIÓN DE LA FIANZA—JURISDICCIÓN.—No procede el
recurso de *certiorari* para examinar la justicia o injusticia de una resolución
dictada por una corte de distrito denegando la aprobación de la fianza de
un tutor por estimarla defectuosa, pues esto no envuelve ninguna cuestión
de jurisdicción o de procedimiento.

Los hechos están expresados en la opinión.

Abogado de los promoventes: Sr. *Víctor P. Martínez.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tri-
bunal.

En un procedimiento seguido de acuerdo con la ley, la
Corte de Distrito de Aguadilla nombró a Doña Monserrate
Delgado y Esteves tutora de los menores José María y María
Cecilia Delgado y Torres y fijó en mil quinientos dollars la
fianza que el tutor debía prestar.

En 12 de abril de 1912 se archivó una fianza en la corte
de distrito y el juez resolvió, en 16 de abril de 1912, no haber
lugar a aprobarla por estar a su juicio mal constituída.

La tutora, por medio de su abogado, presentó una solici-
tud a esta Corte Suprema para que se expida un auto de

*certiorari* dirigido contra el Juez de Distrito de Aguadilla, se anule la indicada orden de 16 de abril último y se termine el procedimiento aprobando la fianza y ordenando la inscripción del nombramiento en el libro registro de tutelas correspondiente.

De todo lo expuesto se concluye que no está envuelta en este caso ninguna cuestión de jurisdicción o de procedimiento y que por tanto, es improcedente el recurso de *certiorari* establecido.

"En cuanto a la justicia o injusticia de la sentencia pronunciada por el juez de la sección primera de la Corte de Distrito de San Juan, nada tenemos que decir, porque los autos de *certiorari* no pueden servir para revisar las sentencias en el fondo, sino para determinar si han sido dictadas dentro de las reglas que determinan la competencia de los jueces y si los procedimientos que la ley establece han sido o nó cumplidos." (*Axtmayer et al.* v. *Aldrey*, 14 D. P. R., 647.)

Debe declararse no haber lugar a expedir el auto solicitado.

*Destimada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.